JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 21-6343-DMG (ASx) | Date | September 30, 2024 |
|---|---|---|---|
| Title | *KH Capital, Inc. v. MV DF and RF Pleasure* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION**

On September 23, 2024, this Court ordered Plaintiff to show cause in writing by September 30, 2024, why this action should not be dismissed for lack of prosecution ("OSC"). [Doc. # 18.] Plaintiff was advised that failure to file a timely response to this Order would be deemed consent to the dismissal of this action without prejudice. As of the date of this Order, Plaintiff has failed to respond to the OSC.

In light of the foregoing, this action is hereby **DISMISSED** without prejudice for lack of prosecution.

**IT IS SO ORDERED**.